UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEL EDWARD DURMER, : <br>                   Petitioner, : <br>      v. : <br> GRACE ROGERS, et al., : <br>                   Respondents. : | Civil No. 05-62 (JAP) <br><br> **ORDER** |

THIS MATTER having come before the Court on the application of petitioner, Joel Edward Durmer, *pro se*, seeking appointment of pro bono counsel in connection with his petition for writ of habeas corpus under 28 U.S.C. § 2254; and the Court having reviewed petitioner's submissions; and for the reasons discussed in the accompanying Memorandum Opinion;

IT IS on this 7th day of Nov, 2005, hereby

ORDERED that Petitioner's application for appointment of pro bono counsel is DENIED WITHOUT PREJUDICE.

                                               _____
                                               JOEL A. PISANO
                                               United States District Judge